# ALABAMA COURT OF CRIMINAL APPEALS



July 26, 2024

**CR-2023-0297**
Frederick Sims v. State of Alabama (Appeal from Jefferson Circuit Court: CC-11-4879, CC-11-4880, CC-11-4884, and CC-11-4886)

## NOTICE

You are hereby notified that on July 26, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk